UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08CV3996**
**JUDGE LEFKOW**
**MAG. JUDGE NOLAN**

RECEIVED
JUL 1 4 2008
Jul 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WRIT OF MANDAMUS
CASE NO 07 CR 605
JUDGE: HARRY D LEINENWEBER

RE: PETITIONER THOMAS CUNNINGHAM

---

FEDERAL RULES OF APPELLATE PROCEDURE RULE 21

(i) Relief Sought;

Petitioner Prays for an Immediate and Emergency intervention in these proceedings on behalf of the Petitioner for a final disposition in the Criminal Case NO: 07 CR 605 against Him.

(ii) Issues Presented;

1) The Governments Violation of the Speedy Trial Act now into 293 days.

2) A Court ruling in favor of the Petitioner for a Deliberate Indifference case of conditions of confinment.

3) Petitioners Desperate need for a remedy.

(iii) The facts necessary to understand the issue presented by the Petition:

Petitioner has been in continued custody since September 14 2007 and has Filed a Motion to dismiss the indictment for the Governments Violation of The Speedy Trial Act on May 7 2008. The proceedings have been continued without the Petitioner's Knowledge or consent the fact's are apparent in the Actions of the Government's Delay further prejudicing the Petitioner.

Petitioner has suffered a series of Constitutional Violations in addition to a judgement in favor of the petitioner by Chief judge Michael P McCuskey in case NO 08 CV 2123 for deliberate indifference violating Petitioners due process of inhumane treatment of a Pretrial Detainee forced to preform his own medical treatment on June 30 2008.

Petitioner filed a Writ of Habeas Corpus contesting the constitutionality of His confinement after being beat by a correctional officer with a D.O.J investigation pending/video tape footage of the beating and sworn affidavits in fact of this case NO: 08 CV 3465.

(iv) Reasons why the Writ should issue:

This case is one Person solely awaiting trial or other disposition, the fact's are overwhelming in the Petitioners favor that when reviewed he will have been denied Due Process. The Constitutional oversight of the District Court in this case is in Desperate need for intervention and Immediate remedy. Therefore Petitioner Prays that for these reasons the Writ should issue.

Petitioner swears under the Penalty of Perjury that all the information provided in this Writ is factual and true.

SIGN _[signature]_   DATE July 8/2008

UNITED STATES APPELLATE COURT FOR THE SEVENTH CIRCIUT

1) Due to the volume of Documents needed to Hear this matter Petitioner has included an itemized list that if this Honorable Court will Bring forward for inspection.

A) A copy of the docket entry sheet's in Case NO: 07 CR 605.

B) A copy of All of Petitioners Motions and Motions submitted by the Government in Case NO: 07 CR 605.

C) A copy Civil Case in the Central District of Illinois and All documents filed and docketed in Case NO:08 CV 2123.

D) A copy of the Writ of Habeas Corpus filed in the Norther District of Illinois Eastern Division case NO: 08 CV 3465.

E) A copy of this Writ of Mandamus filed on July 8 2008 in the Seventh Circuit Court of Appeals.

The Petitioner has a hard time making copies in this institution and redress is sometimes a Puzzle, out of necessity to insure correct findings of fact this Petitioner respectfully request due to his indigent financial status May this Court provide Copies in this Case?

THOMAS CUNNINGHAM
MCC CHICAGO 60605

RECEIVED

MAY 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS CUNNINGHAM | ) | NO:07 CR 605 |
| | ) | JUDGE HARRY D LEINENWEBER |
| Vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

MOTION FOR DISMISSAL OF INDICTMENT
FOR VIOLATION OF THE SPEEDY TRIAL ACT 18 U.S.C. 3161

Now Comes the defendant, Thomas Cunningham pro-se, under necessity and moves this honorable Court for an order dismissing the instant indictment with prejudice for Governments violation of the SPEEDY TRIAL ACT OF 1974 18 U.S.C 3161 (c) (1) and 18 U.S.C 3164.

Petitioner is not an attorney, nor represented by an attorney in this matter buthe brings this motion to this Honorable Court in **Good Faith** that pursuant to the duty and obligation imposed by written Oath of Office to uphold the Constitution and Laws of The United States for the United states of America, that the Court will prevent or correct ( as required ) any act or omission that would violate any right protected by the Constitution of the Unitad States for The United States of America and the Laws made pursuant thereto.

1

**Other Orders/Judgments**
2:08-cv-02123-MPM-DGB Cunningham v. Kankakee County Detention Center et al
17, PRISONER, PROSE, REFER, TRANSF

U.S. District Court

CENTRAL DISTRICT OF ILLINOIS

**Notice of Electronic Filing**

The following transaction was entered on 6/30/2008 at 4:35 PM CDT and filed on 6/30/2008
**Case Name:**       Cunningham v. Kankakee County Detention Center et al
**Case Number:**     2:08-cv-2123
**Filer:**
**Document Number:** No document attached

**Docket Text:**
TEXT CASE MANAGMENT/MERIT REVIEW ORDER entered by Chief Judge Michael P. McCuskey on 6/30/08. The plaintiff has stated one claim under the Eighth Amendment: deliberate indifference to his serious medical needs. Any other claims not specifically set forth in this order shall not be included in the case, except at the court's discretion on motion by a party for good cause shown at the final pretrial conference, or by leave of court pursuant to Federal Rule of Civil Procedure 15. Any claims against the defendants in their official capacity are stricken. The Eleventh Amendment to the United States Constitution does not permit those claims. The case will proceed against the defendants in their individual capacities. As the plaintiff cannot sue buildings, the defendants, Kankakee County Detention Center and Jerome Combs Detention Center are terminated as defendants. The clerk of the court is directed to terminate these defendants, forthwith. The necessary deficiency orders are directed to be entered, if any. After the plaintiff satisfies all deficiencies, a Scheduling Order shall be entered directing service and setting a Rule 16 conference date. A copy of this Case Management Order shall be served with the Complaint and Scheduling Order. The defendants shall file an answer within the time prescribed by Local Rule. A motion to dismiss is not an answer. The answer must be considered a responsive pleading under Federal Rule of Civil Procedure 15(a) and should include all defenses appropriate under the Federal Rules. The answer and subsequent pleadings shall be only to the issues and claims stated in this order. Defendants Jerome Combs Detention Center and Kankakee County Detention Center are terminated. (Copy of Text Order mailed to pro se plaintiff Cunningham by Clerk) (VB, ilcd)

2:08-cv-2123 Notice has been electronically mailed to:

2:08-cv-2123 Notice has been delivered by other means to:



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

**PRISONER CORRESPONDENCE**
312-435-5794

June 17, 2008

Thomas Cunningham
#01293-424
71 West Van Buren Street
Chicago, Il 60605

Dear Mr. Cunningham:

We hereby inform you that your petition for leave to file and proceed in forma pauperis in the cause entitled:

**THOMAS CUNNINGHAM -vs- ERIC WILSON**

has been assigned case number: **08CV3465**

and to: **JUDGE DOW**

who will rule on your petition. **MAGISTRATE JUDGE SCHENKIER**

is the designated magistrate for your case.

Please indicate your assigned case number on all future documents/correspondence submitted to this court regarding the above case. **Furthermore, you must keep the court informed (in writing) of your current address throughout the pendency of your case.** Failure to do so may result in dismissal of your case for want of prosecution.

In the future, if you wish to receive acknowledgment of filing(s), you must submit an <u>original</u> document, a <u>copy for the judge</u> and **one additional copy** of each document to this court. The additional copy will be returned to you stamped "Received". The exception to this rule is when an amended petition/complaint is submitted. When submitting an amended petition/complaint, you must also submit service copies. We hope this information will assist you in the future.

Sincerely,

Prisoner Correspondent

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

CASE NO 07 CR 605

VS

JUDGE: HARRY D LEINENWEBER

THOMAS CUNNINGHAM

## NOTICE OF FILING

TO: JUDGE HARRY D LEINENWEBER
219 S Dearborn St
Chicago Illinois 60604

Please take notice that on July 8 2008 the undersigned sent by Prison Mail rule to the Clerk of court this **WRIT OF MANDAMAS** in the United States District Court in the Norther District of Illinois and a copy of which is attached and served upon You.

JUDGE HARRY D LEINENWEBER

BY   Thomas Cunningham
     Pretrial Detainee
     Metropolitan Correctional Center
     Chicago Il 60605

## CERTIFICATE OF SERVICE

The undersigned not an Attorney hereby certifies that a copy of the above entitled document was sent, via Prison Mail Rule to respondent who is a United States District Court Judge on this day of JULY 8 2008.