# PRISONER CASE

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Civil Cover Sheet**

**FILED**
JUL 1 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** THOMAS CUNNINGHAM

**Defendant(s):**

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Thomas Cunningham
#01293-424
Metropolitan - MCC
71 West Van Buren Street
Chicago, IL 60605

**Defendant's Attorney:**

**08CV3996
JUDGE LEFKOW
MAG. JUDGE NOLAN**

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 540 Mandamus and Other

**Cause of Action:** 28:1361

**Jury Demand:** ☐ Yes ☑ No

**Signature:** [signature]   **Date:** 07/15/08