```
FILED
7-21-2008
JUL 2 1 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HHN

CASE NO: 08C 3996
JUDGES: HONORABLE JOAN H. LEFKOW
MAGISTRATE JUDGE NOLAN

RE: PETITIONER THOMAS CUNNINGHAM

---

## DECLARATION

1) Petitioner has been patient to the proceedings of this District and respects evaluation and investigation as to the merits of This case NO: 08C 3996 I would also include my own attempt to not only Redress but obtain documents and necessary footage of Video and medical information as to Petitioners injuries and or lack there of Emergency care to no avail.

2) The importance of this case not only in RE:PETITIONER and in fact in the "Interest of Justice" I believe has and will seriously effect the fairness, integrity and Public reputation of Judicial Proceedings.

3) Petitioner is Afraid and Tired this is Not Normal. In light of My cases PER media reports today 07/17/2008, Patrick J Fitzgerald's report into abuse of Detainees and Balsting the Cook County Jail the oversight in this case deserves Immediate attention.

4) Petitioner is a Father an American Citizen and has not been found guilty or pled Guilty to any crime and once Again out of necessity as a Pro-se Petitioner will ask THE UNITED STATES SUPREME COURT for Certiorari Under Rule 11 which reads in part, "will be granted only upon a showing that the case is of such imperative Public importance as to justify deviation from normal appellate practice and to require immediate determination in this Court". I have filed This Writ of mandamas out of necessity and Will file Certiorari immediatly.

I SWEAR UNDER PENALTY OF PERJURY THAT THIS DECLARATION IS IN FACT THE TRUTH.

SIGN _[signature]_   DATE 7/17/08