MHN

FILED
JUL 24, 2008
JUL 24 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clerk of Court Prisoner CORRESPONDENCE,

I filed a Mandamus Case NO:08C 3996 on July 8 2008 it was docketed in the District Court in ERR. This was intended as a Circuit Court Procedure and is Titled under "FEDERAL RULES OF APPELLATE PROCEDURE RULE 21". I would request the Clerk to Either send Me Back All original Documents for refilling or forward this Case to the Seventh Circuit Court Of Appeals as intended. It was filed by My error I am not an Attorney nor represented by an Attorney and Have a hard time navigating in the practice of court Procedures. If i need to withdraw and file again or re file or Sent up to the Appellate Court I would trust the Clerk to process this in a timely matter this is Very sensitive.

THOMAS CUNNINGHAM