MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

CASE NO: 07 CR 605
JUDGE: LEINENWEBER

Vs

THOMAS CUNNINGHAM

08 C 3996

NOTICE OF FILLING

FILED
7-28-2008
JUL 2 8 2008
mB

219 S Dearborn St 5 Th floor
Chicago Il 60604

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Please take notice that on July 23 2008 the undersigned sent by prison mail rule to the Clerk of the Seventh Circuit this **WRIT OF MANDAMUS RE FILED** in the UNITED STATES COURT OF APPEALS a copy of which is attached and served upon;

HARRY D LEINENWEBER
UNITED STATES DISTRICT COURT JUDGE
219 S Dearborn St
CHICAGO IL 60604

BY THOMAS CUNNINGHAM
PRETRIAL DETAINEE
METROPOLITAN CORRECTIONAL CENTER
CHICAGO IL 60605

CERTIFICATE OF SERVICE

The undersigned is not an Attorney hereby certifies that a copy of the above entitled document was sent, via Prison Mail Rule to respondent who is a United States District Court Judge on this Day of July 23 2008.

SIGN _____ DATE July/23/2008

**In the**
**United States Court of Appeals**
**For the Seventh Circuit**

FILED
7-28-2008
JUL 2 8 2008
MB
MICHAEL W. DOBBINS
WRIT OF MANDAMUS U.S. DISTRICT COURT
CASE NO 07 CR 605

RE: PETITIONER THOMAS CUNNINGHAM

08 C 3996

---

**FEDERAL RULES OF APPELLATE PROCEDURE RULE 21**

(i) Relief Sought;

Petitioner Prays for an Immediate and Emergency intervention in these proceedings on behalf of the Petitioner for a final disposition in the Criminal Case NO: 07 CR 605 against Him.

(ii) Issues Presented;

1) The Governments Violation of the Speedy Trial Act now into 293 days.

2) A Court ruling in favor of the Petitioner for a Deliberate Indifference case of conditions of confinment.

3) Petitioners Desperate need for a remedy.

(iii) The facts necessary to understand the issue presented by the Petition:

Petitioner has been in continued custody since September 14 2007 and has Filed a Motion to dismiss the indictment for the Governments Violation of The Speedy Trial Act on May 7 2008. The proceedings have been continued without the Petitioner's Knowledge or consent the fact's are apparent in the Actions of the Government's Delay further prejudicing the Petitioner.

Petitioner has suffered a series of Constitutional Violations in addition to a judgement in favor of the petitioner by Chief judge Michael P McCuskey in case NO 08 CV 2123 for deliberate indifference violating Petitioners due process of inhumane treatment of a Pretrial Detainee forced to preform his own medical treatment on June 30 2008.

Petitioner filed a Writ of Habeas Corpus contesting the constitutionality of His confinement after being beat by a correctional officer with a D.O.J investigation pending/video tape footage of the beating and sworn affidavits in fact of this case NO: 08 CV 3465.

(iv) Reasons why the Writ should issue:

This case is one Person solely awaiting trial or other disposition, the fact's are overwhelming in the Petitioners favor that when reviewed he will have been denied Due Process. The Constitutional oversight of the District Court in this case is in Desperate need for intervention and Immediate remedy. Therefore Petitioner Prays that for these reasons the Writ should issue.

Petitioner swears under the Penalty of Perjury that all the information provided in this Writ is factual and true.

SIGN _____    DATE July/23/2008

ADDENDUM TO MANDAMUS

1) Petitioner filed a motion to dismiss for the Governments violation of the Speedy Trial Act on May 7 2008.

2) The government was ordered to respond by June 26 2008 and complied.

3) Petitioner then filled a motion to traverse on July 1 2008.

4) The government continued the matter without notification for 2 weeks for a Hearing to be held on July 16.

5) Petitioner's pro-se motion was ruled on while petitioner was not allowed a hearing an His first motion to dismiss was denied without any mention of or hearing on his second motion of traverse.

6) Petitioner has waved counsel Now for the third time after today Finding that the counsel on record is now and again Christina Farley Jackson after confirming this today July 23 2008 with the federal defenders office and Counsel Hansford at MCC as on Docket entry Sheet.

Petitioner is now forced into trial after Appointed Counsel Helen Kim never filling an appearance visiting the petitioner once for less than 15 minutes, Petitioner Has out of necessity involved The following judges in case's # 08 CV 1605 Judge Gottschall/Judge McCuskey 08 CV 2123/Judge Dow 08 CV 3465/Judge Lefkow 08 C 3996/Judge Leinenweber 07 Cr 605, and now this Appellate Court after initiating an interest to plea at arraignment, never receiving a negotiable plea, being charged with robbery on a bicycle with a note, and never filing a Law Suit EVER.

I swear under penalty of perjury this addendum is in fact true.

SIGN _____ DATE July/23/2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

08C 3996

WRIT OF MANDAMUS
CASE NO 07 CR 605
JUDGE: HARRY D LEINENWEBER

RE: PETITIONER THOMAS CUNNINGHAM

JUDGE JOAN H. LEFKOW
MAGISTRATE JUDGE NOLAN

FEDERAL RULES OF APPELLATE PROCEDURE RULE 21

(i) Relief Sought;

Petitioner Prays for an Immediate and Emergency intervention in these proceedings on behalf of the Petitioner for a final disposition in the Criminal Case NO: 07 CR 605 against Him.

(ii) Issues Presented;

1) The Governments Violation of the Speedy Trial Act now into 293 days.

2) A Court ruling in favor of the Petitioner for a Deliberate Indifference case of conditions of confinment.

3) Petitioners Desperate need for a remedy.

(iii) The facts necessary to understand the issue presented by the Petition:

Petitioner has been in continued custody since September 14 2007 and has Filed a Motion to dismiss the indictment for the Governments Violation of The Speedy Trial Act on May 7 2008. The proceedings have been continued without the Petitioner's Knowledge or consent the fact's are apparent in the Actions of the Government's Delay further prejudicing the Petitioner.

Petitioner has suffered a series of Constitutional Violations in addition to a judgement in favor of the petitioner by Chief judge Michael P McCuskey in case NO 08 CV 2123 for deliberate indifference violating Petitioners due process of inhumane treatment of a Pretrial Detainee forced to preform his own medical treatment on June 30 2008.

Petitioner filed a Writ of Habeas Corpus contesting the constitutionality of His confinement after being beat by a correctional officer with a D.O.J investigation pending/video tape footage of the beating and sworn affidavits in fact of this case NO: 08 CV 3465.

(iv) Reasons why the Writ should issue:

This case is one Person solely awaiting trial or other disposition, the fact's are overwhelming in the Petitioners favor that when reviewed he will have been denied Due Process. The Constitutional oversight of the District Court in this case is in Desperate need for intervention and Immediate remedy. Therefore Petitioner Prays that for these reasons the Writ should issue.

Petitioner swears under the Penalty of Perjury that all the information provided in this Writ is factual and true.

SIGN _/s/ [signature]_  DATE July 8, 2008

Clerk of the Circuit Court,

Thank you for your quick response to this request. I have filed in err this petition of Mandamus and have included a copy of the initial filing. I have all of my original documents related to this case are docket under 08 C 3996. I need to Have those documents brought up for review by this Court should this Writ issue and thank you for notifying me how to complete this task. I am a Pro-se litigant "I know" "oh NO" but only by necessity. I have been granted leave to proceed in Forma Pauperis and have included a copy of the order. This is of URGENT nature and I am Sure you hear this all the time though I respect your position and am at your Mercy. If you have any Booklets on the Appellate rule's i would appreciate all your help. I have little money and alot of time.

*[signature]*
THOMAS CUNNINGHAM

Case: 2:08cv2123

Thomas  Cunningham 01293-424
Metropolitan - MCC
71 West Van Buren Street
Chicago, IL 60605

------------------------------------------------------------

# FEDERAL DEFENDER PROGRAM

*UNITED STATES DISTRICT COURT*
*FOR THE NORTHERN DISTRICT OF ILLINOIS*

55 E. MONROE STREET - SUITE 2800
CHICAGO, ILLINOIS 60603

PHONE 312.621.8300
FAX 312.621.8399



**TERENCE F. MAC CARTHY**
*EXECUTIVE DIRECTOR*

**CAROL A. BROOK**
*DEPUTY DIRECTOR*

**JOHN F. MURPHY**
*CHIEF TRIAL ATTORNEY*

**LOIS K. WAGNER**
*ADMINISTRATIVE OFFICER*

PRIVILEGED AND CONFIDENTIAL:
SUBJECT TO ATTORNEY-CLIENT PRIVILEGE
AND ATTORNEY WORK PRODUCT DOCTRINE

March 28, 2008

Thomas Cunningham
Metropolitan Correctional Center
Registration # 01293-424
71 W. Van Buren
Chicago, Il 60605

Dear Tom:

    I am sorry about the change of your court date without your or my knowledge. As Christina Farley Jackson is still listed as your appointed attorney, I did not receiving electronic notification of a court order changing your court date to:

        April 2, 2008 at 9:45 a.m.

The change, as I understand it, is because Felicia Manno Alesia was out of town this week for a conference.

    I do, however, have a conflict with the time that your case has been re-set. I have called Judge Leinenweber's deputy clerk twice to see if I could move the time to another that would allow me to not have two cases at the same time. I have not heard back from the clerk yet as her voicemail states she has not been in the office yesterday (the 27th) and today.

    Please call with questions.

Sincerely,

Helen J. Kim
312-621-8344

```
 1  dates?  Can I have some --
 2           THE COURT:  You will get whatever is -- since you are
 3  representing yourself, you will get all of the --
 4           Ms. Zimmer, would you see that he gets the file from
 5  the -- well, I guess Ms. Kim had it.
 6           THE DEFENDANT:  Thank you.  I would appreciate that.
 7           THE COURT:  ████████████████████████████████████████
 8  ████████████████████████████████████████████████████
 9           MS. ZIMMER:  ~~I will make sure that that is done.~~
10           THE DEFENDANT:  Thank you, your Honor.
11           MS. ZIMMER:  Thank you, Judge.
12           THE CLERK:  July 8th is the new date.
13           THE COURT:  And I will exclude time until then.
14           (Proceedings concluded.)
15
16
17                    C E R T I F I C A T E
18
19           I certify that the foregoing is a correct transcript
20  from the record of proceedings in the above-entitled matter
21
22
23  ___Krista Flynn Burgeson___         ___6-6-08___
    Krista Flynn Burgeson               Date
24  CSR, RPR, RMR, CRR
25
```

ers on Motions
08-cv-02123-MPM-DGB Cunningham v. Kankakee County Detention Center et al
7, PRISONER, PROSE, REFER

## U.S. District Court

## CENTRAL DISTRICT OF ILLINOIS

### Notice of Electronic Filing

The following transaction was entered on 6/3/2008 at 9:38 AM CDT and filed on 6/3/2008
**Case Name:** Cunningham v. Kankakee County Detention Center et al
**Case Number:** 2:08-cv-2123
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER** entered by Magistrate Judge David G. Bernthal on 6/3/08. Plaintiff's petition for leave to proceed in forma pauperis is granted [3]. Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $8.33. The agency having custody of Plaintiff is directed to forward the initial partial filing fee from Plaintiff's account to the Clerk of Court. After payment of the initial partial filing fee (or immediately if no funds are available for that payment) the agency having custody of Plaintiff shall make monthly payments of 20 percent of the preceding month's income credited to Plaintiff's account to the Clerk of Court. The agency having custody of the plaintiff shall forward these payments each time Plaintiff's account exceeds $10, until the filing fee of $350 is paid in full. The Clerk is directed to mail a copy of this order to Plaintiff's place of confinement, to the attention of the Trust Fund Office. (VB, ilcd)

2:08-cv-2123 Notice has been electronically mailed to:

2:08-cv-2123 Notice has been delivered by other means to:

Thomas Cunningham
#01293-424
Metropolitan - MCC
71 West Van Buren Street
Chicago, IL 60605