Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan Humphrey Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3996 | DATE | AUG 05 2008 |
| CASE TITLE | Thomas Cunningham (#01293-424) v. Eric Wilson | | |

**DOCKET ENTRY TEXT:**

Petitioner's current application to proceed *in forma pauperis* [#3] is denied without prejudice. Petitioner's petition for a writ of mandamus is dismissed and his motion to supplement the petition [#6] is denied without prejudice to Petitioner filing the petition in the Seventh Circuit Court of Appeals. The clerk shall mail to Petitioner his original petition for mandamus, as he requests [#7]. This case is closed, and all other pending motions are denied.

■ [For further details see text below.]    Docketing to mail notices.

## STATEMENT

Petitioner, Thomas Cunningham (#01293-424), currently incarcerated at Metropolitan Correctional Center (MCC), has filed a petition for mandamus relief. He alleges that his right to a speedy trial is being violated because he has been incarcerated since September 2007 without commencing trial, that his motion to dismiss the indictment in *United States v. Cunningham*, No. 07-605 was continued, and that he has suffered deliberate indifference to his medical needs and excessive force from jail officers while incarcerated. He seeks "immediate and emergency intervention" in his criminal proceedings.

It appears from the cover page of Petitioner's petition that he may have intended to submit the petition to the Seventh Circuit Court of Appeals. He cites to Fed. R. App. P. 21 and he refers to the district court number of his ongoing criminal case currently before another section of this Court, *United States v. Cunningham*, No. 07-605. However, Petitioner filed the petition to this Court. A request for mandamus relief to compel the trial court judge in Petitioner's criminal case to perform an act should not be made in this Court, but instead, should be filed in the appellate court. *See e.g. Martin v. U.S.*, 96 F.3d 853, 854-55 (7th Cir. 1996). Accordingly, the Court dismisses the petition without prejudice to Petitioner filing his request for a writ of mandamus in the Seventh Circuit Court of Appeals. He may address his petition to the Clerk of Court, Seventh Circuit Court of Appeals, 219 S. Dearborn St., 27th Floor, Chicago, IL 60604. This Court makes no comment on the merits of Petitioner's claims, but simply notes that the claims are not properly before this Court. In accordance with Petitioner's request, the clerk shall mail to Petitioner his original petition for a writ of mandamus. This case is closed, and all pending motions not herein addressed are denied as moot.

isk

U.S. DISTRICT COURT
2008 AUG -5 PM 4:08
FILED